# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Benjamin Waller<br><br>v.     Plaintiff(s)<br><br>Pocket FM, Corp.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-11175-WLH-JPR<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Pocket FM, Corp.     ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute  Koray Bulut  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

525 Market, Suite 3100
*Street Address*

San Francisco, CA 94111      kbulut@goodwinlaw.com
*City, State, Zip*      *E-Mail Address*

415-733-6000    415-677-9041    230298
*Telephone Number*    *Fax Number*    *State Bar Number*

As attorney of record instead of  Tyler M. Paetkau; Allison M. Scott
*List **all** attorneys from same firm or agency who are withdrawing.*

**Is hereby ☐ GRANTED  ☐ DENIED**

☐ The Court hereby orders that the request of: _____
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**Is hereby ☐ GRANTED  ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: January ___, 2025      U.S. District Judge/U.S. Magistrate Judge